**Electronically Filed
Supreme Court
SCWC-23-0000431
09-JAN-2026
10:31 AM
Dkt. 21 ODSAC**

SCWC-23-0000431

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DANIEL M. SANDOMIRE; KATY YEN-JU CHEN; TRUDI MELOHN,
individually and as Co-Trustee under the William Charles Melohn
III Revocable Trust dated June 4, 2010 and Co-Trustee under the
Trudi Melohn Revocable Trust dated June 4, 2010; and
WILLIAM CHARLES MELOHN III, individual and as Co-Trustee under
the William Charles Melohn III Revocable Trust dated
June 4, 2010 and Co-Trustee under the Trudi Melohn Revocable
Trust dated June 4, 2010,
Respondents/Plaintiffs-Appellees,

vs.

DAVID EDWARD BROWN and LANHUA KAO BROWN,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000431; CASE NO. 1CC151002267)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Jackson, assigned by reason of vacancy)

Petitioners/Defendants-Appellants David Edward Brown and

Lanhua Kao Brown (Petitioners) filed an application for writ of

certiorari on January 6, 2026.  At that time, the Intermediate Court

of Appeals (ICA) had not yet filed a Judgment on Appeal.  The ICA

filed its Judgment on Appeal on January 7, 2026.

Therefore, IT IS HEREBY ORDERED that the Petitioners' application for writ of certiorari, filed on January 6, 2026, is dismissed without prejudice to re-filing the application pursuant to Hawaiʻi Rules of Appellate Procedure Rule 40.1(a) (2020) ("The application shall be filed within thirty days <u>after</u> the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule." (emphasis added)).

DATED: Honolulu, Hawaiʻi, January 9, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kauanoe A.D. Jackson